# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:16-cv-02858-R-KES                                   Date: January 8, 2019

Title:  KEVIN SIMMONS v. G. ARNETT, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | CS 1/8/19 |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Honieh O.H. Udenka | Cassandra J. Shryock |
| Camille Vasquez | |

**PROCEEDINGS:**              Hearing re Defendants' Motion for Summary Judgment (Dkt. 117)

    Case is called.  Counsel state their appearances.  Oral arguments are heard.  The Court takes the motion under submission.

00 : 47

Initials of Deputy Clerk JD